# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Ibrahim Suleiman Adnan Adam Harun**

2. Related Magistrate Docket Number(s):

    None (X)

3. Arrest Date:

4. Nature of offense(s):  ☒  Felony
                          ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Extraterritorial__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( X ) Yes   ( ) No

9. Have arrest warrants been ordered?   ( X ) Yes   ( ) No

                                    LORETTA E. LYNCH
                                    UNITED STATES ATTORNEY

                            By:     _____
                                    David Bitkower
                                    James E. Ariail
                                    Assistant U.S. Attorneys
                                    718-254-7000

Rev. 3/22/01