

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMB:SA
F.#2011R01313

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 4, 2012

<u>By Hand Delivery and ECF</u>

The Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. John Doe
            <u>Criminal Docket No. 12-CR-134 (ERK)(MDG)</u>

Dear Judge Go:

      A proceeding in the above-referenced case is scheduled for Friday, October 5, 2012 at 4:30 p.m., in Your Honor's courtroom.  The government submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

          By:       /s/
                David Bitkower
                Shreve Ariail
                Assistant U.S. Attorneys
                (718) 254-6309/6616

cc:  Susan Kellman, Esq.
     David Stern, Esq.