

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMB:SA
F.#2011R01313

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 4, 2012

By Hand Delivery and ECF

The Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. John Doe
           Criminal Docket No. 12-CR-134 (ERK)(MDG)

Dear Judge Go:

      A proceeding in the above-referenced case is scheduled for Friday, October 5, 2012 at 4:30 p.m., in Your Honor's courtroom. The government submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for the reasons set forth therein, that the motion and any order entered by the Court be filed under seal.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:     /s/
    David Bitkower
    Shreve Ariail
    Assistant U.S. Attorneys
    (718) 254-6309/6616

cc: Susan Kellman, Esq.
    David Stern, Esq.

*Application granted. The motion and any order may be filed under seal. SO ORDERED.*

s/MDG

USMJ 10/4/12