**DOCKET NUMBER**:_CR-12-134___   **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**:___COGAN___ **DATE:**___3/22/2013__ **TIME IN COURT**____HRS_20_MINS

**DEFENDANT'S NAME**:__IBRAHIM SULEIMAN ADNAN HARUN_ **DEFENDANTS #**_____
❏ Present   ❏X Not Present   ❏X Custody   ❏ Not Custody

**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
❏ Federal Defender   ❏X CJA   ❏ Retained

**A.U.S.A.**:DAVID BITKOWER / SHREVE ARIAIL / AMANDA HECTOR **Case Manager**: PaulaMarie Susi

**ESR** __HONG____   **INTERPRETER**:___FOUAD ELSHIEKH__   **LANGUAGE:**_ARABIC_

❏ Arraignment            ❏ Change of Plea Hearing (~*Util-Plea Entered*)
❏ In Chambers Conference ❏ Pre Trial Conference
❏ Initial Appearance     ❏X Status Conference
❏ Telephone Conference   ❏ Motion Hearing Non Evidentiary
❏ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
❏X Further Status Conference/hearing set for ____5/3/2013 @ 4:00PM_____
__ MOTIONS DUE _____   OPP BY _____ REPLY _____
__ ORAL ARGUMENT _____

__ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT _ SWORN   _ ARRAIGNED   _ INFORMED OF RIGHTS
  _ WAIVES TRIAL BEFORE DISTRICT COURT
_ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
  OF THE (Superseding) INDICTMENT /  INFORMATION.
_ COURT FINDS FACTUAL BASIS FOR THE PLEA.
_ **DEFT REQUESTS RETURN OF PROPERTY**   _ **ORDER FILED.**
_ SENTENCING SCHEDULED FOR:_____

**UTILITIES**
❏ ~Util-Plea Entered        ❏ ~Util-Add terminate Attorneys   ❏ ~Util-Bond Set/Reset
❏ ~Util-Exparte Matter      ❏ ~Util-Indictment Un Sealed      ❏ ~Util-Information Unsealed
❏ ~Util-Set/Reset Deadlines ❏ ~Util-Set/Reset Deadlines/Hearings
❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏ ~Util-Terminate Motions
❏ ~Util-Terminate Parties   ❏ ~Util-Set/Reset Hearings

**Speedy Trial Start**:__3/22/2013__**Speedy Trial Stop**:__5/3/2013_____ **CODE TYPE**:___XT_____
**Do these minutes contain ruling(s) on motion(s)?** ❏ YES   ❏ NO
**TEXT**
SIDEBAR APPLICATION (SEALED) TO EXCUSE DEFT FROM COURT PROCEEDINGS HEARD, GRANTED.