AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| **IBRAHIM SULEIMAN ADNAN ADAM HARUN,** also known as "Spin Ghul," "Esbin Gol," "Iabungoul," "Abu Tamim," "Joseph Johnson" and "Mortala Mohamed Adam" | ) ) ) ) | **CR 1** - **1 3 4** |
| *Defendant* | ) | |

## ARREST WARRANT

KORMAN, J.

(GO, M.)

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   IBRAHIM SULEIMAN ADNAN ADAM HARUN

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Murder United States Nationals, in violation of Title 18, U.S.C., Section 2332(b)(2); Conspiracy to Attack a Government Facility, in violation of Title 18, U.S.C., Sections 2332f(a)(2), 2332f(b)(2) and 2332f(c); Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18, U.S.C., Sections 2339B(a)(1) and 2339B(d); Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization, in violation of Title 18, U.S.C., Sections 2339B(a)(1) and 2339B(d); Use of Firearms, in violation of Title 18, U.S.C., Sections 924(c)(1)A)(iii) and 924(c)(1)(B)(ii); and Use of Explosives, in violation of Title 18, U.S.C., Sections 844(h)(1) and 844(h)(2).

Date:   02/21/2012

*Issuing officer's signature*

City and state:   Brooklyn, New York

Honorable Lois Bloom
*Printed name and title*

A TRUE COPY, ATTEST

DATE 3/20/2012

DOUGLAS C. PALMER CLERK

BY _____ DEPUTY CLERK

| Return | DATE |
|---|---|
| This warrant was received on *(date)* 02/22/2012, and the person was arrested on *(date)* 10/04/2012 at *(city and state)* Naples, Italy | |
| Date: 03/22/2013 | *Arresting officer's signature* |

Raushaunah Muhammad / Special Agent (FBI)
*Printed name and title*

K. DiLorenzo, 3/22/13