**DOCKET NUMBER**:_CR-12-134___      **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**:___KORMAN___**DATE**:__5/3/2013__**TIME IN COURT**_1_**HRS**__20_**MINS**

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
- ☒ Present     ☐ Not Present     ☒ Custody     ☐ Not Custody

**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
- ☐ Federal Defender   ☒ CJA     ☐ Retained

**A.U.S.A.**: DAVID BITKOWER / SHREVE ARIAIL / AMANDA HECTOR **Case Manager**: PaulaMarie Susi

**ESR** __HONG/ROCCO___   **INTERPRETER**:__MOHAMMED ALBAKAYE_ **LANGUAGE**:_HAUSA_

- ☐ Arraignment
- ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ In Chambers Conference
- ☐ Pre Trial Conference
- ☐ Initial Appearance
- ☒ Status Conference
- ☐ Telephone Conference
- ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- ☒ Further Status Conference/hearing set for ___6/28/2013 @ 3PM_____
- __ MOTIONS DUE _____   OPP BY _____ REPLY _____
- __ ORAL ARGUMENT _____

- __ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
- ___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT __ SWORN __ ARRAIGNED __ INFORMED OF RIGHTS
   __ WAIVES TRIAL BEFORE DISTRICT COURT
   __ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
      OF THE (Superseding) INDICTMENT / INFORMATION.
   __ COURT FINDS FACTUAL BASIS FOR THE PLEA.
   __ **DEFT REQUESTS RETURN OF PROPERTY** __ **ORDER FILED.**
   __ SENTENCING SCHEDULED FOR:_____

**UTILITIES**
- ☐ ~Util-Plea Entered       ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter     ☐ ~Util-Indictment Un Sealed       ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

**Speedy Trial Start**:___5/3/2013___**Speedy Trial Stop**:___6/28/2013_____ **CODE TYPE**:_____
**Do these minutes contain ruling(s) on motion(s)?** ☐ YES     ☐ NO
**TEXT**
COMPLEX CASE DESIGNATION CONTINUED.  NAME CHANGE ORDER SIGNED.