*Law Offices of*
*Susan G. Kellman*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

*Telephone: (718) 782-8200*                                                                                *Fellow, American College*
*Telefax: (718) 783-8226*                                                                                  *Of Trial Lawyers*

e-mail: kellmanesq@aol.com

August 20, 2013

Hon. Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                              Re:  <u>United States v. Adnan Housa</u>
                                   13 Cr. 134 (ERK)

Dear Judge Korman:

      I write to confirm that our client, Adnan Ibrahim Harun Housa, does not object to the adjournment of the status conference currently scheduled for Friday, August 23, 2013, which is necessitated (1) by the unavailability of counsel for both sides; and (2) as we await a final competency evaluation by Dr. Mark Mills.

      Accordingly, we waive any speedy trial rights he has in connection with this matter until the date of our next court appearance, which I understand will likely occur during the week of September 10, 2013.  The government consents to this adjournment.

      The Court's attention to the request is appreciated.

                                               Respectfully submitted,

                                               /S/
                                               Susan G. Kellman

cc:    Shreve Ariail, Esq.
        Amanda Hector, Esq.
        Asst. U.S. Attorneys

        David Stern, Esq.

        Adnan Ibrahim Harun Housa