**DOCKET NUMBER**:_CR-12-134___   **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**:___KORMAN___**DATE**:_____**TIME IN COURT**__1__**HRS**_20_**MINS**

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
❏X   Present         ❏   Not Present      ❏X   Custody        ❏   Not Custody
**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
❏      Federal Defender  ❏X   CJA           ❏   Retained

**A.U.S.A.**:DAVID BITKOWER / SHREVE ARIAIL / AMANDA HECTOR **Case Manager**: PaulaMarie Susi

**ESR** __ROCCO_____       **INTERPRETER**:____ALBAKAYE___    **LANGUAGE:**_HAUSA_

❏   Arraignment                      ❏   Change of Plea Hearing (~*Util-Plea Entered*)
❏   In Chambers Conference           ❏   Pre Trial Conference
❏   Initial Appearance               ❏X  Status Conference
❏   Telephone Conference             ❏   Motion Hearing Non Evidentiary
❏   Other Evidentiary Hearing Contested   TYPE OF HEARING_____
❏X  Further Status Conference/hearing set for  ____TELECONF *TIME T/B/D_____
__  MOTIONS DUE _____    OPP BY _____ REPLY _____
__  ORAL ARGUMENT _____

__  TRIAL SCHEDULED FOR  _____ JURY SELECTION  _____
___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT _ SWORN    _    ARRAIGNED        _    INFORMED OF RIGHTS
     _    WAIVES TRIAL BEFORE DISTRICT COURT
_    DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
     OF THE (Superseding) INDICTMENT /   INFORMATION.
_    COURT FINDS FACTUAL BASIS FOR THE PLEA.
_    **DEFT REQUESTS RETURN OF PROPERTY**  _    **ORDER FILED.**
     SENTENCING SCHEDULED FOR:_____

**UTILITIES**
❏   ~Util-Plea Entered         ❏   ~Util-Add terminate Attorneys    ❏   ~Util-Bond Set/Reset
❏   ~Util-Exparte Matter       ❏   ~Util-Indictment Un Sealed       ❏   ~Util-Information Unsealed
❏   ~Util-Set/Reset Deadlines  ❏   ~Util-Set/Reset Deadlines/Hearings
❏   ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏   ~Util-Terminate Motions
❏   ~Util-Terminate Parties   ❏   ~Util-Set/Reset Hearings
**Speedy Trial Start**:__8/2/2013___**Speedy Trial Stop**:__8/23/2013_____ **CODE TYPE**:___XE_____
**Do these minutes contain ruling(s) on motion(s)?** ❏    YES       ❏    NO
**TEXT**
TIME EXCLUDED DUE TO DEFTS RENEWED MOTION TO PROCEED PRO-SE