**DOCKET NUMBER**:_CR-12-134___   **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**:___KORMAN___**DATE:**_9/4/2013____**TIME IN COURT**_1___**HRS**_30_**MINS**

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
- [x] Present   - [ ] Not Present   - [x] Custody   - [ ] Not Custody

**DEFENSE COUNSEL**:_____~~SUSAN KELLMAN~~ / DAVID STERN_____
- [ ] Federal Defender   - [x] CJA   - [ ] Retained

**A.U.S.A.**: SHREVE ARIAIL / AMANDA HECTOR     **Case Manager**: PaulaMarie Susi

**ESR** __ROCCO____ **INTERPRETER**:___MOHAMMED AZIZ SHUAIB___ **LANGUAGE:**_HAUSA_

- [ ] Arraignment
- [ ] Change of Plea Hearing (~*Util-Plea Entered*)
- [ ] In Chambers Conference
- [ ] Pre Trial Conference
- [ ] Initial Appearance
- [x] Status Conference
- [ ] Telephone Conference
- [ ] Motion Hearing Non Evidentiary
- [ ] Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- [x] Further Status Conference/hearing set for _____10/25/2013 @ 12:00PM_____
- __ MOTIONS DUE _____ OPP BY _____ REPLY _____
- __ ORAL ARGUMENT _____

- __ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
- ___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT _ SWORN   _ ARRAIGNED   _ INFORMED OF RIGHTS
   _ WAIVES TRIAL BEFORE DISTRICT COURT
_ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
  OF THE (Superseding) INDICTMENT /   INFORMATION.
_ COURT FINDS FACTUAL BASIS FOR THE PLEA.
_ **DEFT REQUESTS RETURN OF PROPERTY** _ **ORDER FILED.**
_ SENTENCING SCHEDULED FOR:_____

**UTILITIES**
- [ ] ~Util-Plea Entered   - [ ] ~Util-Add terminate Attorneys   - [ ] ~Util-Bond Set/Reset
- [ ] ~Util-Exparte Matter   - [ ] ~Util-Indictment Un Sealed   - [ ] ~Util-Information Unsealed
- [ ] ~Util-Set/Reset Deadlines   - [ ] ~Util-Set/Reset Deadlines/Hearings
- [ ] ~Util-Set/Rest Motion and R&R Deadlines/Hearings   - [ ] ~Util-Terminate Motions
- [ ] ~Util-Terminate Parties   - [ ] ~Util-Set/Reset Hearings

**Speedy Trial Start**:__9/4/2013___**Speedy Trial Stop**:__10/25/2013____ **CODE TYPE**:____COMPLEX_
**Do these minutes contain ruling(s) on motion(s)?** - [ ] YES   - [ ] NO
**TEXT**

SCHEDULING ORDER SIGNED