**DOCKET NUMBER**:_CR-12-134___     **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**:___KORMAN___**DATE:**__10/25/2013__**TIME IN COURT**____HRS__45_MINS

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
- ❏ Present        ❏X Not Present        ❏X Custody        ❏ Not Custody

**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
- ❏ Federal Defender  ❏X CJA        ❏ Retained

**A.U.S.A.**: SHREVE ARIAIL / AMANDA HECTOR        **Case Manager**: PaulaMarie Susi

**ESR** __ROCCO____ **INTERPRETER**:_____N/P_____        **LANGUAGE:**_HAUSA_

- ❏ Arraignment            ❏ Change of Plea Hearing (~*Util-Plea Entered*)
- ❏ In Chambers Conference    ❏ Pre Trial Conference
- ❏ Initial Appearance        ❏X Status Conference
- ❏ Telephone Conference      ❏ Motion Hearing Non Evidentiary
- ❏ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- ❏X Further Status Conf set for _10/31/2013 @ 11:30AM <u>PENDING AVAILABILITY OF INTERPRETER</u>
- __ MOTIONS DUE _____  OPP BY _____ REPLY _____
- __ ORAL ARGUMENT _____

- __ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
- ___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT _ SWORN   _   ARRAIGNED   _    INFORMED OF RIGHTS
   _    WAIVES TRIAL BEFORE DISTRICT COURT
_ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
   OF THE (Superseding) INDICTMENT /   INFORMATION.
_ COURT FINDS FACTUAL BASIS FOR THE PLEA.
_ **DEFT REQUESTS RETURN OF PROPERTY** _  **ORDER FILED.**
_ SENTENCING SCHEDULED FOR:_____

**UTILITIES**
- ❏ ~Util-Plea Entered      ❏ ~Util-Add terminate Attorneys     ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Exparte Matter    ❏ ~Util-Indictment Un Sealed        ❏ ~Util-Information Unsealed
- ❏ ~Util-Set/Reset Deadlines  ❏ ~Util-Set/Reset Deadlines/Hearings
- ❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏ ~Util-Terminate Motions
- ❏ ~Util-Terminate Parties   ❏ ~Util-Set/Reset Hearings

**Speedy Trial Start**:__10/25/2013___**Speedy Trial Stop**:_____ **CODE TYPE**:__XE_____
**Do these minutes contain ruling(s) on motion(s)?** ❏ YES     ❏ NO
**TEXT**
DEFENSE COUNSEL ORAL MOTION FOR EVALUATION. RESERVED UNTIL DEFT PRESENT WITH INTERPRETER.