**DOCKET NUMBER**:_CR-12-134_**CRIMINAL CAUSE FOR**   DEFTS MOTION FOR PSYCH EVAL
**BEFORE JUDGE**:___KORMAN___**DATE:**_10/31/2013__**TIME IN COURT**____HRS_35_MINS

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
- ❏ Present       ❏ Not Present       ❏X Custody       ❏ Not Custody

**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
- ❏ Federal Defender  ❏X CJA       ❏ Retained

**A.U.S.A.**: SHREVE ARIAIL / AMANDA HECTOR       **Case Manager**: PaulaMarie Susi

**ESR** ___HONG____   **INTERPRETER**:_____   **LANGUAGE:**_HAUSA_

- ❏ Arraignment
- ❏ In Chambers Conference
- ❏ Initial Appearance
- ❏ Telephone Conference
- ❏ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- ❏ Further Status Conference/hearing set for _____
- ❏ Change of Plea Hearing (~*Util-Plea Entered*)
- ❏ Pre Trial Conference
- ❏ Status Conference
- ❏X Motion Hearing Non Evidentiary

__ MOTIONS DUE _____   OPP BY _____ REPLY _____
__ ORAL ARGUMENT _____

__ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT _ SWORN   _ ARRAIGNED   _ INFORMED OF RIGHTS
   _ WAIVES TRIAL BEFORE DISTRICT COURT
_ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
   OF THE (Superseding) INDICTMENT / INFORMATION.
_ COURT FINDS FACTUAL BASIS FOR THE PLEA.
_ **DEFT REQUESTS RETURN OF PROPERTY** _ **ORDER FILED.**
_ SENTENCING SCHEDULED FOR:_____

**UTILITIES**
- ❏ ~Util-Plea Entered       ❏ ~Util-Add terminate Attorneys       ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Exparte Matter     ❏ ~Util-Indictment Un Sealed          ❏ ~Util-Information Unsealed
- ❏ ~Util-Set/Reset Deadlines ❏ ~Util-Set/Reset Deadlines/Hearings
- ❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏ ~Util-Terminate Motions
- ❏ ~Util-Terminate Parties  ❏ ~Util-Set/Reset Hearings

**Speedy Trial Start**:_10/31/2013__**Speedy Trial Stop**:_____ **CODE TYPE**:_____XA_____
**Do these minutes contain ruling(s) on motion(s)?** ❏ YES       ❏ NO
**TEXT**
DEFENSE COUNSEL'S MOTION TO HAVE DEFT EVALUATED AT SPRINGFIELD HEARD, GRANTED.