DSS:AH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ADNAN IBRAHIM HARUN ADAM SALEH HAUSA,

           Defendant.

- - - - - - - - - - - - - - - - -X

ORDER

12 CR 134 (ERK)

      Upon application of David Stern and Susan G. Kellman, attorneys for the defendant, for an order requiring that a psychiatric and/or psychological examination be conducted on ADNAN IBRAHIM HARUN ADAM SALEH HAUSA (the "defendant") pursuant to Title 18, United States Code, Section 4241, IT IS HEREBY

      **ORDERED** that a psychiatric and/or psychological examination be conducted on the defendant to determine whether he may presently suffer from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and it is further

      **ORDERED**, pursuant to Title 18, United States Code, Section 4247(b), that the psychiatric and/or psychological examination be conducted by a licensed or certified psychiatrist and/or

1

psychologist at a Federal Medical Center[1] designated by the Federal Bureau of Prisons ("BOP"), and it is further

**ORDERED**, that a report be prepared in conformity with the requirements of Title 18, United States Code, Section 4247(c), and that the report include the examiner's opinion as to prognosis and any additional information concerning the mental condition of the defendant which may be relevant, including the potential for treatment if necessary, and it is further

**ORDERED**, that, to the extent necessary, the certified psychiatrist and/or psychologist conducting the examination of the defendant be given access to any unclassified materials provided to the defense in discovery, under the terms and conditions and in conformity with the protective order signed by the Court on October 2, 2012, and it is further

**ORDERED**, that the BOP provide the certified psychiatrist and/or psychologist conducting the examination of the defendant with any materials in the possession of the BOP related to any medical, psychological or psychiatric evaluation of the defendant; and it is further

**ORDERED**, that the United States Marshals Service assist in facilitating the examination of the defendant, and it is further

---

[1] Based upon the complex nature of the defendant's history of behavior and the charges at issue, the Court strongly recommends that the examination of the defendant be conducted at the United States Medical Center for Federal Prisoners in Springfield, Missouri.

2

**ORDERED**, that the scheduling order regarding submissions pursuant to the Classified Information Procedures Act entered by the Court on September 4, 2013 be held in abeyance pending the issuance of the report contemplated herein.

Dated:  Brooklyn, New York
         November 19, 2013

/s/ ERK

---
HON. EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK