SA:AH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ADNAN IBRAHIM HARUN ADAM SALEH
HAUSA,

          Defendant.

- - - - - - - - - - - - - - - -X

<u>ORDER</u>

12 CR 134 (ERK)

        Consistent with the Court's prior order dated November 19, 2013 (the "November 19 Order"), which was entered upon the application of David Stern and Susan G. Kellman, attorneys for the defendant, IT IS HEREBY

        **ORDERED** that ADNAN IBRAHIM HARUN ADAM SALEH HAUSA (the "defendant") be returned to the United States Medical Center for Federal Prisoners in Springfield, Missouri (the "Springfield Facility"), such that the psychiatric and/or psychological examination which was initiated pursuant to Title 18, United States Code, Section 4241, can be concluded and a report prepared in conformity with the requirements of Title 18, United States Code, Section 4247(c)(4)(A)[1] (the "Report"), can be issued, and it is

---

       [1]    Pursuant to Title 18, United States Code, Section 4247(c)(4)(A), "a psychiatric or psychological report ordered pursuant to this chapter . . . shall include . . . the examiner's opinions as to diagnosis, prognosis, and . . . if the examination

further

**ORDERED,** that the defendant remain at the Springfield

Facility until such time as the Court receives the Report and

concludes that it conforms with the requirements of Title 18, United

States Code, Section 4247(c)(4)(A), and it is further *ordered*
*that the Court be provided with periodic reports,*
*and its funding* **ORDERED,** that the United States Marshals Service assist

in facilitating the examination of the defendant.

Dated:     Brooklyn, New York
           April 22, 2014

                          /s/ Judge Edward R. Korman
                          _____
                          HON. EDWARD R. KORMAN
                          UNITED STATES DISTRICT JUDGE
                          EASTERN DISTRICT OF NEW YORK

A TRUE COPY
ATTEST
DATE 4/22 20 14
DOUGLAS C. PALMER
CLERK
BY _____ DEPUTY CLERK

is ordered under section 4241, whether the person is suffering from
a mental disease or defect rendering him mentally incompetent to the
extent that he is unable to understand the nature and consequences
of the proceedings against him or to assist properly in his defense."
A prior report issued on February 3, 2014 by Dr. Richart L. DeMier,
Ph.D., of the Springfield Facility suggested that additional time
was needed to reach the conclusions necessary to comply with Title
18, United States Code, Section 4247(c)(4)(A).