**DOCKET NUMBER**:_CR-12-134___     **CRIMINAL CAUSE FOR**  STATUS CONF
**BEFORE JUDGE**:___KORMAN___**DATE:**_4/22/2014___**TIME IN COURT__1__HRS__5__MINS**

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
❑X    Present          ❑      Not Present      ❑X    Custody      ❑      Not Custody

**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
❑      Federal Defender    ❑X    CJA          ❑        Retained

**A.U.S.A.**:  AMANDA HECTOR        **Case Manager**: PaulaMarie Susi

**ESR** __ROCCO/HONG____ **INTERPRETER**:____SHUAIB____ **LANGUAGE:**_HAUSA_

❑      Arraignment                ❑      Change of Plea Hearing (~*Util-Plea Entered*)
❑      In Chambers Conference        ❑      Pre Trial Conference
❑      Initial Appearance            ❑X    Status Conference
❑      Telephone Conference          ❑      Motion Hearing Non Evidentiary
❑      Other Evidentiary Hearing Contested    TYPE OF HEARING_____
❑      Further Status Conference/hearing set for _____
__      MOTIONS DUE _____     OPP BY _____ REPLY _____
__      ORAL ARGUMENT _____

__      TRIAL SCHEDULED FOR _____ JURY SELECTION _____
___     COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT __ SWORN  __     ARRAIGNED      __     INFORMED OF RIGHTS
        __      WAIVES TRIAL BEFORE DISTRICT COURT
__      DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
         OF THE (Superseding) INDICTMENT /    INFORMATION.
__      COURT FINDS FACTUAL BASIS FOR THE PLEA.
__      **DEFT REQUESTS RETURN OF PROPERTY**  __      **ORDER FILED.**
__      SENTENCING SCHEDULED FOR:_____

**UTILITIES**
❑      ~Util-Plea Entered        ❑      ~Util-Add terminate Attorneys      ❑      ~Util-Bond Set/Reset
❑      ~Util-Exparte Matter      ❑      ~Util-Indictment Un Sealed        ❑      ~Util-Information Unsealed
❑      ~Util-Set/Reset Deadlines    ❑      ~Util-Set/Reset Deadlines/Hearings
❑      ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ❑      ~Util-Terminate Motions
❑      ~Util-Terminate Parties      ❑      ~Util-Set/Reset Hearings
**Speedy Trial Start**:_____**Speedy Trial Stop**:_____ **CODE TYPE**:____XA_____
**Do these minutes contain ruling(s) on motion(s)?** ❑      YES        ❑      NO
**TEXT**
COMPETENCY REPORT DISCUSSED, DECLARED INADEQUATE FOR THE REASONS STATED.  NEW
EVALUATION ORDER SIGNED.