# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • KELLMANESQ@AOL.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

October 10, 2013

**VIA ECF and e-mail**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                      Re:    *United States v. Ibrahim Harun Hausa*
                                                  12 Cr. 134 (BMC)

Dear Judge Cogan:

       Counsel was appointed to represent the defendant *Ibrahim Harun Hausa*, in the above-referenced matter.

       For the past several months Mr. Hausa has been at a medical facility within the BOP system for psychiatric and psychological evaluation. Counsel understands that he will soon be returned to the Eastern District and the Court wishes to schedule a status conference. I have been in touch with the Court's deputy, Ms. Clarke, who indicates that October 31 at 11:30am would be a convenient time for the Court to schedule a status conference. Since the delay in moving forward with the prosecution has been occasioned, to a large degree, by the need to complete the evaluation of Mr. Hausa, counsel consents to the exclusion of time.

       The Courts' attention to this matter is appreciated.

                                                             Respectfully submitted,

                                                                  /s/

                                                            Susan G. Kellman

cc:    Shreve Ariail, Esq.
        Asst. United States Atty.

        David Stern, Esq.