

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SA/MW/MJ/JK
F. #2011R01313

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 20, 2017

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Harun
>        Criminal Docket No. 12-134 (BMC)

Dear Judge Cogan:

The government submits this letter on behalf of the parties to advise the Court that the government and the defense have preliminarily identified areas of general substantive agreement regarding the proposed juror questionnaires. The relevant questions or sections of each respective questionnaire relating to those areas of substantive agreement are set forth below:

- The government's proposed questions regarding juror hardship, (Gvt. Proposed Questions 1-2, 58-60), are generally addressed in the defense questionnaire, (Def. Proposed Questionnaire at p. 1-2).

- The government's proposed questions regarding juror background information, (Gvt. Proposed Questions 3-27), are generally addressed in the defense questionnaire, (Def. Proposed Questionnaire at p. 2-3).

- The government's proposed questions regarding law enforcement and juror interaction with the legal system, (Gvt. Proposed Questions 28-40), are generally addressed in the defense questionnaire, (Def. Proposed Questionnaire at p. 3-4).

- The government's proposed question regarding the military, (Gvt. Proposed Questions 41), are generally addressed in the defense questionnaire, (Def. Proposed Questionnaire at p. 4-5).

- The government's proposed questions regarding news sources, (Gvt. Proposed Questions 24-25, 53-54, 57), are generally covered by the defense questionnaire, (Def. Proposed Questionnaire at p. 6).

- The government's questions regarding the jurors' knowledge of the case (Gvt. Proposed Questions 52-54) are generally covered by the defense questionnaire, (Def. Proposed Questionnaire at p. 7).

- The government's questions regarding jurors' experiences or beliefs regarding terrorism and Islam (Gvt. Proposed Questions 42-45, 48, 55-56), are generally covered by the defense questionnaire, (Def. Proposed Questionnaire at p. 7-10).

- While the government believes that a juror instruction would be appropriate if the defendant refuses to appear in Court, the Government believes that Defense questions regarding this issue are premature and inappropriately addressed to the venire prior to the defendant's refusal to appear, (Def. Proposed Questionnaire at p. 10-11).

- The government's questions regarding jurors' ability to follow certain legal principles, (Gvt. Proposed Questions 46-51), are generally covered by the defense questionnaire (Def. Proposed Questionnaire at p. 11-12).

Notably, even in these areas of general agreement, the government and the defense have been unable to agree on specific questions to be used. Moreover, there remain significant areas of substantive disagreement between the parties.[1]

Earlier this evening, however, after a number of discussions, defense counsel proposed that we request additional time from the Court to resolve these differences. While the government is not optimistic that the parties will be able to resolve these issues without the Court's intervention, we are willing to work further with the defense in effort to find some common ground.

As such, on behalf of the government and the defense, we respectfully request that the Court provide the parties until the close of business on Monday, January 23, to advise the Court if we can resolve our differences in this matter. Should the parties come to

---

[1] The government will file a separate letter identifying its objections to the defendant's proposed questionnaire.

2

a meeting of the minds over the weekend, we would advise the Court on Monday, and file a joint questionnaire by Wednesday, January 25.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:      /s/

Shreve Ariail
Melody Wells
Matthew Jacobs
Assistant U.S. Attorneys

Joseph N. Kaster
Counterterrorism Section
U.S. Department of Justice


cc: All defense counsel of record, via ECF and e-mail