UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                                :

UNITED STATES OF AMERICA            :

               - against -            :     **VERDICT SHEET**

                                  :

IBRAHIM SULEIMAN ADNAN ADAM     :     12 Cr. 0134 (BMC)
HARUN,
a.k.a. Spin Ghul                                 :
a.k.a. Esbin Gol                                 :
a.k.a. Isbungoul                                 :
a.k.a. Abu Tamim                           :
a.k.a. Joseph Johnson                    :
a.k.a. Mortala Mohamed Adam,         :

                                    :
                  Defendant.          :

-------------------------------------------------------- X

1.   On Count 1 (Conspiracy to Commit Murder of United States Nationals), how do you find the defendant IBRAHIM SULEIMAN ADNAN ADAM HARUN?

     Not Guilty _____          Guilty___ _X_ ___

2.   On Count 2 (Conspiracy to Bomb a Government Facility), how do you find the defendant IBRAHIM SULEIMAN ADNAN ADAM HARUN?

     Not Guilty _____          Guilty___ _X_ ___

3.   On Count 3 (Conspiracy to Provide Material Support to a Foreign Terrorist Organization), how do you find the defendant IBRAHIM SULEIMAN ADNAN ADAM HARUN?

     Not Guilty _____          Guilty___ _X_ ___

4.   On Count 4 (Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization), how do you find the defendant IBRAHIM SULEIMAN ADNAN ADAM HARUN?

     Not Guilty _____          Guilty___ _X_ ___

5. On Count 5 (Use of Explosives), how do you find the defendant IBRAHIM SULEIMAN ADNAN ADAM HARUN?

Not Guilty _____     Guilty___X_____

_____
                     Jury Foreperson

Dated: Brooklyn, New York
       March 16, 2017